UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                              Case No. 08-19912
    SHANNON M ROBINSON
    SHELLEY M RUPLE
           Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

    1) The case was filed on 07/31/2008.

    2) The plan was confirmed on 11/14/2008.

    3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/29/2010.

    4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/05/2009, 06/01/2010.

    5) The case was dismissed on 07/23/2010.

    6) Number of months from filing to last payment: 18.

    7) Number of months case was pending: 26.

    8) Total value of assets abandoned by court order:  NA .

    9) Total value of assets exempted: $2,200.00.

    10) Amount of unsecured claims discharged without payment: $0.00.

    11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,204.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $4,204.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,103.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $224.05 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,327.05

Attorney fees paid and disclosed by debtor:   $397.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AES/PHEAA | Unsecured | 2,805.00 | NA | NA | 0.00 | 0.00 |
| AMERITECH ILLINOIS | Unsecured | 1,519.93 | NA | NA | 0.00 | 0.00 |
| ASHWORTH COLLEGE | Unsecured | 580.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 1,387.03 | NA | NA | 0.00 | 0.00 |
| A-TEC AMBULANCE | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| B LINE LLC | Unsecured | 2,572.00 | 3,540.62 | 3,540.62 | 35.13 | 0.00 |
| BANFIELD PET HOSP | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 523.00 | 523.56 | 523.56 | 5.16 | 0.00 |
| BOOKSPAN/DOUBLEDAY | Unsecured | 84.00 | 93.48 | 93.48 | 0.92 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 10,346.92 | 10,575.66 | 10,575.66 | 105.31 | 0.00 |
| CASTALIAN MUSIC | Unsecured | 54.96 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 1,478.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ZION | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 182.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVERY | Unsecured | 550.00 | 917.07 | 917.07 | 9.04 | 0.00 |
| COMPUCREDIT | Unsecured | 477.90 | 477.90 | 477.90 | 4.71 | 0.00 |
| COMPUCREDIT | Unsecured | 1,098.00 | 1,098.42 | 1,098.42 | 10.83 | 0.00 |
| CONDELL ACUTE CARE | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| CONDELL MEDICAL CENTER | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| CONNECT TO CASH | Unsecured | 107.00 | 233.25 | 233.25 | 2.30 | 0.00 |
| CONNECT TO CASH | Unsecured | 578.00 | 560.00 | 560.00 | 5.53 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 18,618.00 | 18,967.00 | 18,967.00 | 188.86 | 0.00 |
| FIRST FINANCIAL PORTFOLIO MGMT | Unsecured | 873.75 | 901.85 | 901.85 | 8.89 | 0.00 |
| GOGGINS & LAVINTMAN | Unsecured | 503.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPLOYMENT SECURITY | Unsecured | 330.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 1,802.00 | 1,805.98 | 1,805.98 | 17.99 | 0.00 |
| KAPLAN UNIVERSITY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| KELLER GRADUATE SCHOOL | Unsecured | 873.48 | 873.75 | 873.75 | 8.61 | 0.00 |
| LAKE COUNTY ACUTE CARE LLP | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LAKE COUNTY PHYSICIANS ASSOC | Unsecured | 2,475.25 | NA | NA | 0.00 | 0.00 |
| LAKE COUNTY RADIOLOGY | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| MCMAHAN & SIGUNICK | Unsecured | 3,125.00 | 2,230.96 | 2,230.96 | 22.22 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL BOURQUE | Unsecured | 2,000.00 | 2,000.00 | 2,000.00 | 19.92 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 997.00 | 997.30 | 997.30 | 9.83 | 0.00 |
| MIDWEST REGIONAL MED CTR | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| MONEY CONTROL | Unsecured | 1,740.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 860.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NORTH CHICAGO AUTO SERVICE | Unsecured | 2,035.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| ORCHARD BANK | Unsecured | 613.59 | NA | NA | 0.00 | 0.00 |
| PATIENT FIRST | Unsecured | 200.00 | 231.10 | 231.10 | 2.28 | 0.00 |
| PATIENT FIRST | Unsecured | 25.00 | 101.97 | 101.97 | 1.01 | 0.00 |
| PAYCHEX | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 1,057.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS | Unsecured | 1,118.46 | 1,151.62 | 1,151.62 | 11.36 | 0.00 |
| PEOPLES GAS | Unsecured | 1,282.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 206.00 | 206.15 | 206.15 | 2.03 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 410.47 | 410.47 | 410.47 | 4.05 | 0.00 |
| PROFESSIONAL COLLECTION SRV | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| QUICKCLICK LOANS LLC | Unsecured | 1,011.00 | 1,519.93 | 1,519.93 | 15.14 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 1,334.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 1,334.60 | 1,334.60 | 1,334.60 | 13.16 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 1,876.00 | 1,876.71 | 1,876.71 | 18.69 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 680.00 | 677.25 | 677.25 | 6.68 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 390.00 | 420.00 | 420.00 | 4.14 | 0.00 |
| ROUNDUP FUNDING LLC | Unsecured | 649.00 | 680.00 | 680.00 | 6.70 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 8,500.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 4,250.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 1,638.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 2,085.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA GOLD | Unsecured | 1,098.42 | NA | NA | 0.00 | 0.00 |
| SI HENDRICKS | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| STRATFORD CAREER INSTITUTE | Unsecured | 37.16 | NA | NA | 0.00 | 0.00 |
| T MOBILE USA | Unsecured | 233.00 | 293.48 | 293.48 | 2.89 | 0.00 |
| TCF BANK | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 997.30 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | 34,058.00 | 16,499.02 | 16,499.02 | 164.29 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Unsecured | NA | 17,000.00 | 17,000.00 | 169.28 | 0.00 |
| WILLIAM ANDERSON | Unsecured | 2,550.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$88,199.10** | **$876.95** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $3,327.05 |
| Disbursements to Creditors | $876.95 |
| **TOTAL DISBURSEMENTS:** | **$4,204.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/13/2010          By: /s/ Glenn Stearns
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**